# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01040-LTB-CBS

RON L. BERRY,
               Plaintiff,

v.

MAVERICK STIMULATION CO., LLC, a Colorado limited liability company,
               Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to F.R.C.P. 42(a)(1)(ii) (filed July 8, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


                  s/Lewis T. Babcock
                  Lewis T. Babcock, Chief Judge

DATED: July 11, 2005